IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 01-11366

Summary Calendar

---

ANNA LYNNE DEAN,

Plaintiff - Counter Defendant - Appellant,

versus

LARRY A. BARBER, Etc; ET AL

Defendants,

LARRY A. BARBER, Individually and in Official Capacity;
RICK ELLIOTT, Individually and in Official Capacity;
DEAN SETTLEMEYER, Individually and in Official Capacity;
KYLE E. NEAL, Individually and in Official Capacity;
ROY E. VAUGHN, Individually and in Official Capacity;
JON KNAPP, Individually and in Official Capacity,

Defendants - Counter Claimants - Appellees.

---

Appeal from the United States District Court
For the Northern District of Texas
U.S.D.C. No. 99-CV-160

---

September 23, 2002

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

This matter is again before the court following a remand for

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the limited purpose of obtaining a clarification of the district court's judgment awarding costs in favor of the defendants. This court directed the district court to indicate the basis and reasons for imposing costs against Anna Lynne Dean, the total amount of the costs imposed, and whether that amount included attorneys' fees. The district court has complied, and we affirm.

AFFIRMED.